# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 29, 2012

No. 11-20247
Summary Calendar

Lyle W. Cayce
Clerk

RONALD L. SULLIVAN,

Plaintiff-Appellant

v.

DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, DOES 1 THROUGH 20, Inclusive,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-cv-03432

Before HIGGINBOTHAM, DAVIS and ELROD, Circuit Judges

PER CURIAM:*

AFFIRMED. *See* 5th Cir. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.